

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-16-00319-CV

Joseph Aaron **HENRY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15802A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant's brief was due to be filed in this appeal on or before August 5, 2016. Neither the brief nor a motion for extension of time has been filed. Appellant filed a letter requesting judicial notice; however, this letter does not constitute an appellate brief. Appellant is proceeding pro se.

For this reason, Appellant is ORDERED to file his brief on or before August 22, 2016. NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court